PER CURIAM.
Affirmed. Bums v. GCC Beverages, Inc., 502 So.2d 1217 (Fla.1986), affg Bums v. GCC Beverages, Inc., 469 So.2d 806 (Fla. 1st DCA 1985); DeMarie v. Jefferson Stores, Inc., 442 So.2d 1014 (Fla. 3d DCA 1983); Weissman v. K-Mart Corp., 396 So.2d 1164 (Fla. 3d DCA 1981); Sanders v. City of Belle Glade, 510 So.2d 962 (Fla. 4th DCA 1987); Butler v. City of Vero Beach, 495 So.2d 266 (Fla. 4th DCA 1986); Martinez v. WestKilO So.2d 872 (Fla. 1st DCA 1985); § 812.015(3)(a), Fla.Stat. (1985); § 812.015(3)(b), Fla.Stat. (1985).